THOMAS CARROLL, Respondent, *v.* DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

Argued May 23, 1949; decided June 3, 1949.

*John E. Morrissey* for appellant.

*Nathan Hendon* and *Harry E. Kreindler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.